AO91 (Rev. 12/03) Criminal Complaint                                                                                            AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Paminthan SIRESHKARAN<br>A201 526 341  Sri Lanka | Case Number: 1:19-po-424 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 10, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 10, 2019. The defendant is a citizen of Sri Lanka who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on January 10, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

/S/ Mora, Sergio A.  Border Patrol Agent
Signature of Complainant

Mora, Sergio A.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

| January 12, 2019 | at | Brownsville, Texas |
|---|---|---|
| Date | | City/State |

| Ronald Morgan | U.S. Magistrate Judge | |
|---|---|---|
| Name of Judge | Title of Judge | Signature of Judge |